

# VIRGINIA & AMBINDER LLP
Attorneys at Law

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: 212.943.9080
www.vandallp.com

**Kara S. Miller**
Associate
kmiller@vandallp.com

June 14, 2013

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 15 2013 ★
LONG ISLAND OFFICE

**VIA ECF**
Hon. Arthur D. Spatt
United States Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Kemper et al. v. Westbury Operating Corp. et al.**
            **12-cv-0895 (ADS) (ETB)**

Dear Judge Spatt:

We, along with the firm of Leeds Brown Law, P.C., represent Plaintiffs in the above referenced wage and hour action. This status letter is jointly submitted with Defendants.

The parties have reached a settlement agreement in principle and are in the process of drafting a settlement agreement. The parties anticipate filing a motion to approve the settlement agreement within 30 days.

Very truly yours,

/s/
Kara S. Miller, Esq.

Cc: Hon. E. Thomas Boyle (via ECF)

CASE CLOSED SUBJECT TO THE TERMS OF THE SETTLEMENT AGREEMENT. SO ORDERED.

/s/ Arthur D. Spatt
ARTHUR D. SPATT, U.S.D.J.
6/15/13